STATE OF CONNECTICUT *v.* ROBERT SALVATORE

The defendant's petition for certification for appeal from the Appellate Court, 57 Conn. App. 396 (AC 18993), is denied.

NORCOTT and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*William T. Koch, Jr.,* special public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.